The Devereux Foundation
444 Devereux Drive
Villanova PA 19085

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | 0.00 | | 0.96 | 21.12 | Federal Tax | 123.72 | 3511.52 |
| 050 Hlth Med Leave | 0.00 | | 0.00 | 1044.73 | Social Security | 91.13 | 2379.44 |
| 060 TOB | 0.25 | 18.80 | 4.70 | 3419.80 | Medicare | 21.31 | 556.48 |
| 167 Paid Admin Leave | 0.00 | | 0.00 | 3607.68 | PA State Tax | 45.09 | 1177.55 |
| Dev Time Entry Wage | 79.75 | 18.79 | 1498.51 | 26432.89 | OPT East Whiteland Twp | 0.00 | 26.00 |
| Dev Straight OT | 0.00 | | 0.00 | 3072.23 | OPT West Whiteland Twp | 2.00 | 18.00 |
| Dev Premium OT | 0.00 | | 0.00 | 1536.14 | West Whiteland Twp | 14.69 | 127.93 |
| | | | | | East Whiteland Twp | 0.00 | 191.74 |
| | | | | | PA Unemployment | 1.05 | 27.38 |
| | | | | | Medical Ins | 21.93 | 482.46 |
| | | | | | Dental Ins | 12.46 | 274.12 |
| | | | | | Vol Accident Ins | 4.21 | 92.62 |
| | | | | | Vol ADD | 0.08 | 1.76 |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| Kervince M. Michel | 33917 | 10/08/2023 | 10/21/2023 | 10/27/2023 | 79.75 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 1504.17 | 39134.59 | 34.39 | 756.58 | 298.99 | 8016.04 | 4.29 | 94.38 | 1165.54 | 30246.47 |

| | | HML Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|---|
| | | 26.77 | 47.54 | |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 1047221381 | C | XXXXXX1555 | 1,165.54 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 1 | 0 |

Message(s)

The Devereux Foundation
444 Devereux Drive
Villanova PA 19085

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | 0.00 | | 0.96 | 22.08 | Federal Tax | 123.72 | 3635.24 |
| 050 Hlth Med Leave | 0.00 | | 0.00 | 1044.73 | Social Security | 91.12 | 2470.56 |
| 060 TOB | 8.25 | 18.79 | 155.02 | 3574.82 | Medicare | 21.31 | 577.79 |
| 167 Paid Admin Leave | 0.00 | | 0.00 | 3607.68 | PA State Tax | 45.09 | 1222.64 |
| Dev Time Entry Wage | 71.75 | 18.79 | 1348.19 | 27781.08 | OPT East Whiteland Twp | 0.00 | 26.00 |
| Dev Straight OT | 0.00 | | 0.00 | 3072.23 | OPT West Whiteland Twp | 2.00 | 20.00 |
| Dev Premium OT | 0.00 | | 0.00 | 1536.14 | West Whiteland Twp | 14.69 | 142.62 |
| | | | | | East Whiteland Twp | 0.00 | 191.74 |
| | | | | | PA Unemployment | 1.05 | 28.43 |
| | | | | | Medical Ins | 21.93 | 504.39 |
| | | | | | Dental Ins | 12.46 | 286.58 |
| | | | | | Vol Accident Ins | 4.21 | 96.83 |
| | | | | | Vol ADD | 0.08 | 1.84 |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| Kervince M. Michel | 33917 | 10/22/2023 | 11/04/2023 | 11/09/2023 | 71.75 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 1504.17 | 40638.76 | 34.39 | 790.97 | 298.98 | 8315.02 | 4.29 | 98.67 | 1165.55 | 31412.02 |

| | | HML Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|---|
| | | 30.77 | 47.29 | |

**Net Pay Distribution**

| Deposit/Check Number | Account Type | Account Number | Amount |
|---|---|---|---|
| 1047513217 | C | XXXXXX1555 | 1,165.55 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 1 | 0 |

**Message(s)**

The Devereux Foundation
444 Devereux Drive
Villanova PA 19085

### Earnings

| Description | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| GTL | 0.00 | | 0.96 | 23.04 |
| 050 Hlth Med Leave | 0.00 | | 0.00 | 1044.73 |
| 060 TOB | 9.25 | 18.79 | 173.82 | 3748.64 |
| 167 Paid Admin Leave | 0.00 | | 0.00 | 3607.68 |
| Dev Time Entry Wage | 70.75 | 18.79 | 1329.40 | 29110.48 |
| Dev Straight OT | 0.00 | | 0.00 | 3072.23 |
| Dev Premium OT | 0.00 | | 0.00 | 1536.14 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Federal Tax | 123.72 | 3758.96 |
| Social Security | 91.13 | 2561.69 |
| Medicare | 21.31 | 599.10 |
| PA State Tax | 45.09 | 1267.73 |
| OPT East Whiteland Twp | 0.00 | 26.00 |
| OPT West Whiteland Twp | 2.00 | 22.00 |
| West Whiteland Twp | 14.69 | 157.31 |
| East Whiteland Twp | 0.00 | 191.74 |
| PA Unemployment | 1.05 | 29.48 |
| Medical Ins | 21.93 | 526.32 |
| Dental Ins | 12.46 | 299.04 |
| Vol Accident Ins | 4.21 | 101.04 |
| Vol ADD | 0.08 | 1.92 |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| Kervince M. Michel | 33917 | 11/05/2023 | 11/18/2023 | 11/24/2023 | 70.75 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 1504.18 | 42142.94 | 34.39 | 825.36 | 298.99 | 8614.01 | 4.29 | 102.96 | 1165.55 | 32577.57 |

| | HML Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|
| | 34.77 | 46.04 | |

### Net Pay Distribution

| Deposit/Check Number | Account Type | Account Number | Amount |
|---|---|---|---|
| 1048196256 | C | XXXXXX1555 | 1,165.55 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 1 | 0 |

### Message(s)