**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13878-pmm |
| Kervince Markenzy Michel, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Freedom Mortgage Corporation (CM/ECF)

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128

US Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508


Date: March 20, 2024

_/s/ Michael A. Cibik_
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com