United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kervince Markenzy Michel  
    Debtor

Case No. 23-13878-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 09, 2024      Form ID: 155      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kervince Markenzy Michel, 125 Chadwick Ave, Linwood, PA 19061-4310 |
| 14842924 | | Chichester School District Tax Collector - Lower C, 401 Cherry Tree Rd, Uppr Chichstr, PA 19014-2405 |
| 14861974 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14842929 | | Forth, Inc., 1900 E Golf Rd Ste 550, Schaumburg, IL 60173-5870 |
| 14842934 | + | Lower Chichester Township Tax Collections, 1410 Market St, Marcus Hook, PA 19061-4290 |
| 14842941 | | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09 POB 84100, Boston, MA 02284 |
| 14842942 | + | Sun East Fcu, Pob 2231, Aston, PA 19014-0231 |
| 14841435 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14842920 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 00:10:31 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14842921 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 10 2024 00:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14842922 | | Email/Text: BKPT@cfna.com | Jul 10 2024 00:02:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14842925 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 10 2024 00:03:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14842926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 00:02:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14842927 | | Email/Text: bankruptcy@connexuscu.org | Jul 10 2024 00:03:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 14842935 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 00:22:16 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14842928 | + | Email/Text: duffyk@co.delaware.pa.us | Jul 10 2024 00:03:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14857406 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 10 2024 00:02:00 | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 14844954 | + | Email/Text: EBN@brockandscott.com | Jul 10 2024 00:02:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14842930 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 10 2024 00:02:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14844955 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 10 2024 00:02:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |

| Recipient # | Flag | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 14842931 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 00:03:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14842932 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2024 00:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14842923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 00:10:55 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14842933 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 10 2024 00:02:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14842936 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 00:03:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14842937 | | Email/Text: fesbank@attorneygeneral.gov | Jul 10 2024 00:02:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14842938 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 10 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843831 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 10 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14842939 | ^ | MEBN | Jul 09 2024 23:53:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14847658 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2024 00:02:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc. FBO (Connexus Credit U, PO Box 788, Kirkland, WA 98083-0788 |
| 14842940 | ^ | MEBN | Jul 09 2024 23:53:39 | RoundPoint Mortgage Servicing Corporation, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 14842943 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 00:10:54 | Syncb/syncb Music Aimm, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14842944 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 00:10:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14842945 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 00:36:35 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14842946 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 10 2024 00:03:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14842947 | ^ | MEBN | Jul 09 2024 23:53:43 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14855438 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 00:03:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14842948 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 10 2024 00:03:00 | Us Bank Na Retail Le, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 14842949 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 00:21:55 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14855277 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 00:10:55 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14855310 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 00:10:58 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14842950 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 00:10:12 | Wells Fargo/Personal Loan, Attn: Bankruptcy, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 34

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 09, 2024 | Form ID: 155 | Total Noticed: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14843832 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2024                         Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kervince Markenzy Michel help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEPHEN R. STARKS | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com  wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Kervince Markenzy Michel<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13878−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 9, 2024                                                                                   For The Court

                                                                                                     Patricia M. Mayer
                                                                                                     Judge, United States Bankruptcy Court